JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATSUMI MITSUHASHI,** | ) Case No. SACV10-00350 CJC RNB |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| **HUDSON & KEYSE, LLC,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

                    Dated this 24th day of September, 2010.

                    _____
                    The Honorable Cormac J. Carney